Xianbing Gan #66244-112
Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

RECEIVED

DEC 1 2 2022

AT 8:30 _____ M
WILLIAM T. WALSH

Dec 6th 2022

Re: 2241 Petition

Dear Clerk:

Please find the following enclosed for the Court's review:

- 2241 Petition (F.S.A. Time Credits) with one exhibit
- Motion to Appoint Counsel

The $500 fee will arrive seperately from the B.O.P.

Thank you.

Xianbing Gan