BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                        FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) MS. GREEN | DATE: 11/16/22 |
| FROM: GAN XIANBING | REGISTER NO.: 66244-112 |
| WORK ASSIGNMENT: | UNIT: 5752 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Please provide me w/ the following forms:

- PATTERN Score
- FSA Needs Reassessment
- FSA Time Credit Assessment
- Forms PTO/WSP

Also, am I eligible to apply FTCs to early release? If not, please detail why.

(Do not write below this line)

DISPOSITION:

You are ineligible. You have a ICE Detainer. See Attached.

Signature Staff Member | Date

Record Copy - File; Copy - Inmate                This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)              and BP-S148.070 APR 94